**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**ANDRE RILEY,**

        **Plaintiff,**

    **v.**                                              **Case No. 3:08cv45/RV/MD**

**PRUDENTIAL INSURANCE
COMPANY OF AMERICA,**

        **Defendant.**
_____/

## ORDER

The parties have filed a notice of agreement on standard of review and appropriate scope of discovery (doc. 17) and it is incorporated into this order.

A *de novo* standard of review will be applied to the administrative claims file in this action. The administrative record should be filed with the Court by July 7, 2008.

DONE AND ORDERED this 3rd day of June, 2008.


                                                          */s/ Roger Vinson*
                                                          **ROGER VINSON
Senior United States District Judge**